UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
          Plaintiff,          CRIMINAL NO. 08-mj-30114

v.          HONORABLE AVERN COHN

STANLEY POPE,
          Defendant.
                                      /

## **ORDER REGARDING APPEAL OF MAGISTRATE JUDGE'S DECISION ON BOND**

The defendant was arrested in the Eastern District of Michigan on warrant issued from USDC Maryland. A detention hearing was held and the defendant was granted bond by the Magistrate Judge. The government has appealed the Magistrate Judge's decision to the presiding judge. The Court has conferred with counsel and being fully advised in the premises,

IT IS HEREBY ORDERED that the defendant be released from the custody of the United States Marshal and Wayne County Jail to the custody of Postal Inspector Michael Colaiacovo and another Federal Agent by **12:00 NOON on Saturday, March 08, 2008**.

IT IS FURTHER ORDERED that if the defendant is not taken into custody by the Postal Inspector Colaiacovo and another Federal Agent by **12:00 NOON on Saturday, March 08, 2008**, that he be released from the custody of the United States Marshal and Wayne County Jail to the third party custody of his mother Linda Pouncey. The defendant must report to **USDC Maryland on Tuesday, March 11, 2008 at 9:00 a.m.**

SO ORDERED.

Dated: March 07, 2008          s/Avern Cohn
                                        AVERN COHN
                                        UNITED STATES DISTRICT JUDGE